1

2                               UNITED STATES DISTRICT COURT

3                               NORTHERN DISTRICT OF CALIFORNIA

4

5    MERYL POMPONIO,                              Case No. 20-cv-08412-SK

6              Plaintiff,

7         v.                                      **CONSENT OR DECLINATION
                                                  TO MAGISTRATE JUDGE
8    GROCERY OUTLET INC., et al.,                 JURISDICTION**

9              Defendants.

10

11   **INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you

12   (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to

13   consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

14   ( )     **Consent to Magistrate Judge Jurisdiction**

15          In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to

16   have a United States magistrate judge conduct all further proceedings in this case, including trial

17   and entry of final judgment. I understand that appeal from the judgment shall be taken directly to

18   the United States Court of Appeals for the Ninth Circuit.

19          **OR**

20   (X)     **Decline Magistrate Judge Jurisdiction**

21          In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United

22   States magistrate judge conduct all further proceedings in this case and I hereby request that this

23   case be reassigned to a United States district judge.

24   DATE: March 4, 2021          By:   /s/ Martin H. Orlick/

25                                Martin H. Orlick, Esq.
                                  JEFFER MANGELS BUTLER & MITCHELL LLP
26                                Two Embarcadero Center, Fifth Floor
                                  San Francisco, California  94111-3824
27

28                                Attorneys for Defendant HAGSTROM PROPERTIES, LLC

*REV. 9-19*

United States District Court
Northern District of California

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308.

On March 4, 2021, I served true copies of the following document(s) described as **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** as follows:

**SERVICE LIST**

DANIEL MALAKAUSKAS, Cal. Bar. No.: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
daniel@malakauskas.com


**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2021, at Paris, France.


_____/s/ Shiloh J. Filin_____
Shiloh J. Filin