DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

MARTIN H. ORLICK, *Cal. Bar No.:83908*
STUART KYLE TUBIS, *Cal. Bar No.:278278*
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Tel: 415-398-8080 / Fax: 415-398-5584
Email: mho@jmbm.com; skt@jmbm.com

*Attorneys for Defendant:* **Hagstrom Properties, LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, | Case No.: 3:20-cv-08412-WHO |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| **GROCERY OUTLET INC.**, as an entity and doing business as "Grocery Outlet Bargain Market Store #0003", **HAGSTROM PROPERTIES, LLC**, and **DOES** 1-50, Inclusive, | |
| Defendants. | |

 **IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**,

pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  May 5th, 2021                                    /s/Daniel Malakauskas_____
                                                       By: Daniel Malakauskas, of,
                                                       MALAKAUSKAS LAW, APC,
                                                       Attorney for Plaintiff

Date:  May 5th, 2021                                    /s/Martin H. Orlick_____
                                                       By: Martin H. Orlick, of,
                                                       JEFFER MANGELS BUTLER &
                                                       MITCHELL LLP, Attorney for
                                                       Defendant: *Hagstrom Properties, LLC*

Date:  May 5th, 2021                                    /s/Stuart Kyle Tubis_____
                                                       By: Stuart Kyle Tubis, of,
                                                       JEFFER MANGELS BUTLER &
                                                       MITCHELL LLP, Attorney for
                                                       Defendant: *Hagstrom Properties, LLC*