UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>    v.<br><br>GROCERY OUTLET INC., et al.,<br><br>    Defendants. | Case No. 20-cv-08412-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 16 |

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: May 5, 2021

_____
WILLIAM H. ORRICK
United States District Judge